UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  3:10-CR-71-TAV-CCS |
| | ) | |
| JEFFERY SILER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is a letter received from defendant which the Court will treat as a *pro se* motion requesting documentation evidencing the amount of time he spent in federal custody [Doc. 51]. Defendant previously sent a letter to the Court requesting the same, a copy of which was provided to defendant's former counsel. Defendant requests this documentation to aid him in correcting an alleged error the Tennessee Department of Corrections has made in calculating his time spent in federal custody.

After a defendant is sentenced, the Bureau of Prisons, not the Court, is charged with making determinations regarding any sentencing credit a defendant may receive, including determining when a sentence has commenced. *See United States v. Westmoreland*, 974 F.2d 736, 737–38 (6th Cir. 1992). As such, the Court does not possess the documentation that defendant is requesting. Accordingly, defendant's motion [Doc. 51] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE